JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SHELTON, | CV 20-1210 PA (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PARAMOUNT PICTURES CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's April 7, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: April 7, 2021

                                                    _____
                                                    Percy Anderson
                                                    UNITED STATES DISTRICT JUDGE